UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAI THI VU,

    Petitioner,

  v.

RON RACKLEY,

    Respondent.

No. 2:16-cv-1732 MCE AC P

ORDER

    Petitioner is a former[1] state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On January 30, 2017, respondent filed a motion to dismiss the petition. ECF No. 10.  Petitioner has not filed any response to respondent's motion.

    Accordingly, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 24, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner recently filed a notice of change of address that indicates she is no longer in custody. ECF No. 11.